IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. |
| LUKE J. LARSEN, ) | 06-00287-01/02/03-CR-W-ODS |
| JOSEPH PATRICK KENNEDY, ) | |
| DAVID TODD BANDY, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendants, by consent, has appeared before me on August 21, 2006, pursuant to Fed.R.Crim.P. 11, Local Rule 72(j)(26), and 28 U.S.C. § 636, and have entered a plea of guilty to Count I of the Information. After cautioning and examining the Defendants under oath concerning each of the subjects mentioned in Fed.R.Crim.P. 11, I determined that the guilty pleas were knowledgeable and voluntary as to Count 1of the Information and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript is available. I therefore recommend that the pleas of guilty be accepted and that the Defendants be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its filing shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

　　　　　　　　　　　　　　　　　　　　/s/ *JOHN T. MAUGHMER*
　　　　　　　　　　　　　　　　　　　　JOHN T. MAUGHMER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Kansas City, Missouri