# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | |
| LUKE J. LARSEN, | ) | 06-00287-01/02/03-CR-W-ODS |
| JOSEPH PATRICK KENNEDY, | ) | |
| DAVID TODD BANDY, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after de novo review, the pleas of guilty of the Defendants to Count I of the Information are now accepted and the Defendants are adjudged guilty of such offense.

/s/ Ortrie D. Smith
ORTRIE D. SMITH
United States District Judge

Dated: September 6, 2006